STATE ex rel. DANIEL RYAN, Collector, Respond-
ent, v. MARY A. MALONE et al., Appellants.

**St. Louis Court of Appeals, November 12, 1912.**

State ex rel. Ryan v. Coles, *ante*, followed.

Appeal from Hannibal Court of Common Pleas.—*Hon.
David H. Eby*, Judge.

AFFIRMED.

*Smoot & Cooley* for appellants.

*D. A. Rouner* and *F. H. McCullough* for respond-
ent.

NORTONI, J.—This is a suit on a taxbill. The
finding and judgment were for plaintiff and defendant
prosecutes the appeal. The taxbill involved was issued
under the drainage statutes in part compensation for
work and labor performed in constructing a system of
drainage in Knox county under a contract with a
drainage district organized under the statutes.

The questions presented are identical with those
involved in State ex rel. v. Daniel Ryan, collector, etc.,
v. W. Coles et al., decided today, and the disposition of
this case depends in all respects upon that one. The
whole matter is fully discussed in the opinion in the
case above referred to, and for the reasons there given,
this judgment should be affirmed. It is so ordered.
*Reynolds, P. J.*, and *Caulfield, J.*, concur.